# U.S. District Court
# District of New Jersey [LIVE] (Trenton)
# CIVIL DOCKET FOR CASE #: 3:19–cv–19580–BRM–LHG

SHAH v. LUXE ENERGY LLC et al  
Assigned to: Judge Brian R. Martinotti  
Referred to: Magistrate Judge Lois H. Goodman  
Cause: 28:1332 Diversity–Breach of Contract  

Date Filed: 10/30/2019  
Date Terminated: 01/06/2020  
Jury Demand: Both  
Nature of Suit: 290 Real Property: Other  
Jurisdiction: Diversity  

**Plaintiff**

**PETER SHAH**     represented by    **PETER SHAH**  
132 MONTFORT DRIVE  
BELLE MEAD, NJ 08502  
908–432–5030  
*PRO SE*

V.

**Defendant**

**LUXE ENERGY LLC**     represented by    **JONATHAN M. KORN**  
BLANK ROME, LLP  
300 CARNEGIE CENTER, SUITE 220  
PRINCETON, NJ 08540  
(609) 750–7707  
Fax: (609) 897–7395  
Email: korn@blankrome.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**GRAY SURFACE SPECIALITIES & CONSULTING LLC**     represented by    **PATRICK M. COYNE**  
TERKOWITZ & HERMESMANN  
400 Atrium Drive, Fifth Floor  
Somerset, NJ 08875  
(732) 805–2800  
Fax: (732) 805–2850  
Email: pcoyne@hanover.com  
*ATTORNEY TO BE NOTICED*

**Cross Claimant**

**GRAY SURFACE SPECIALITIES & CONSULTING LLC**     represented by    **PATRICK M. COYNE**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

V.

**Cross Defendant**

| | | |
|---|---|---|
| **LUXE ENERGY LLC** | represented by | **JONATHAN M. KORN** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 10/30/2019 | Ï 1 | COMPLAINT against GRAY SURFACE SPECIALITIES & CONSULTING LLC, LUXE ENERGY LLC ( Filing and Admin fee $ 400 receipt number TRE107080) with JURY DEMAND, filed by PETER SHAH. (Attachments: # 1 Civil Cover Sheet, # 2 Certified Statement for Complaint, # 3 Exhibit A, # 4 Exhibit B, # 5 Exhibit C, # 6 Envelope)(mg) (Entered: 10/31/2019) |
| 10/30/2019 | Ï 2 | SUMMONS ISSUED as to GRAY SURFACE SPECIALITIES & CONSULTING LLC, LUXE ENERGY LLC. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (mg) (Entered: 10/31/2019) |
| 11/07/2019 | Ï 3 | CERTIFICATE OF SERVICE as to Luxe Energy LLC by PETER SHAH. (Attachments: # 1 Envelope)(jem) (Entered: 11/07/2019) |
| 12/06/2019 | Ï 4 | ANSWER to Complaint with JURY DEMAND , CROSSCLAIM against LUXE ENERGY LLC by GRAY SURFACE SPECIALITIES & CONSULTING LLC. (Attachments: # 1 Certification Certification of Service)(COYNE, PATRICK) (Entered: 12/06/2019) |
| 12/12/2019 | Ï 5 | Corporate Disclosure Statement by GRAY SURFACE SPECIALITIES & CONSULTING LLC. (COYNE, PATRICK) (Entered: 12/12/2019) |
| 12/13/2019 | Ï 6 | NOTICE of Appearance by JONATHAN M. KORN on behalf of LUXE ENERGY LLC (KORN, JONATHAN) (Entered: 12/13/2019) |
| 12/17/2019 | Ï 7 | MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* by LUXE ENERGY LLC. Responses due by 1/7/2020 (Attachments: # 1 Brief, # 2 Declaration of Jonathan M. Korn, Esquire, # 3 Declaration of Sam Patranella, # 4 Text of Proposed Order)(KORN, JONATHAN) (Entered: 12/17/2019) |
| 12/17/2019 | Ï | Set Deadlines as to 7 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue*. Motion set for 1/21/2020 before Judge Brian R. Martinotti. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (abr) (Entered: 12/17/2019) |
| 01/02/2020 | Ï 8 | AFFIDAVIT in Opposition re 7 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue* by PETER SHAH. (Attachments: # 1 Certificate of Service, # 2 Envelope)(jem) (Entered: 01/03/2020) |
| 01/06/2020 | Ï 9 | Letter from Jonathan M. Korn, Esquire re 7 MOTION to Dismiss for Lack of Jurisdiction *and Improper Venue*. (KORN, JONATHAN) (Entered: 01/06/2020) |
| 01/06/2020 | Ï 10 | Order transferring case to District of United states District Court for the Western District of Texas, Midland Division;, ORDER OF DISMISSAL Signed by Judge Brian R. Martinotti on 1/6/2020. (abr) (Entered: 01/06/2020) |